**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jaime NAVARRO–GUTIERREZ,**
**Defendant–Appellant.**

No. 02–50792.

Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

Aug. 22, 2003.

Diane D. Kirstein, Joseph H. Gay, Jr., Assistant US Attorney, San Antonio, TX, for Plaintiff–Appellee.

M. Carolyn Fuentes, Federal Public Defender's Office, San Antonio, TX, for Defendant–Appellant.

Before JOLLY, JONES, and WIENER, Circuit Judges.

PER CURIAM.*

Defendant–Appellant Jaime Navarro–Gutierrez ("Navarro") appeals his conviction for possession of marijuana with intent to distribute. He argues that the district court erred in denying a motion to suppress. Navarro was stopped by an experienced border patrol agent who noticed that the vehicle, like those frequently used in immigration schemes, was traveling in an area known for smuggling incidents very near the Mexican border in a manner that invited suspicion. When viewed in the totality of the circumstances, these facts demonstrate that the Border Patrol agents had a reasonable suspicion, which justified their making the stop. Thus, the court correctly denied Navarro's suppression motion. *See United States v. Espinosa–Alvarado,* 302 F.3d 304, 305–06 (5th Cir.2002). Accordingly, the judgment of the district court is AFFIRMED.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.